# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE COOK MEDICAL, INC. IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No: 1:14-ml-02570-RLY |

This document Relates to:

1:16-cv-00966; 1:16-cv-02655; 1:17-cv-00677; 1:17-cv-00720; 1:17-cv-00748; 1:17-cv-00952; 1:17-cv-01038; 1:17-cv-01040; 1:17-cv-01044; 1:17-cv-01084; 1:17-cv-01191; 1:17-cv-01301; 1:17-cv-01362; 1:17-cv-01368; 1:17-cv-01401; 1:17-cv-01483; 1:17-cv-01486; 1:17-cv-01488; 1:17-cv-01489; 1:17-cv-01550; 1:17-cv-01703; 1:17-cv-01766; 1:17-cv-01993; 1:17-cv-02360; 1:17-cv-02423; 1:17-cv-02482; 1:17-cv-02483; 1:17-cv-02484; 1:17-cv-02760; 1:17-cv-02761; 1:17-cv-02779; 1:17-cv-03072; 1:17-cv-03079; 1:17-cv-03192; 1:17-cv-03193; 1:17-cv-03195; 1:17-cv-03692; 1:17-cv-03889; 1:17-cv-04431; 1:17-cv-04537; 1:17-cv-04594; 1:17-cv-04595; 1:17-cv-04653; 1:18-cv-00100; 1:18-cv-00247; 1:18-cv-00265; 1:18-cv-00277; 1:18-cv-00295; 1:18-cv-00331; 1:18-cv-00379; 1:18-cv-00397; 1:18-cv-00399; 1:18-cv-00400; 1:18-cv-00438; 1:18-cv-00441; 1:18-cv-00522; 1:18-cv-00529; 1:18-cv-00623; 1:18-cv-01063; 1:18-cv-01214; 1:18-cv-01215; 1:18-cv-02491; 1:18-cv-03252; 1:18-cv-03895; 1:18-cv-03898; 1:19-cv-00066; 1:19-cv-01491; 1:19-cv-02358; 1:19-cv-02359; 1:19-cv-02361; 1:19-cv-02492; 1:19-cv-02552; 1:19-cv-03847; 1:19-cv-03849; 1:20-cv-00560; 1:20-cv-01864.

## STIPULATION OF DISMISSAL (Dkt. 15273)

Above and below-titled Plaintiffs and Defendants Cook Incorporated, Cook Medical, LLC, and William Cook Europe ApS agree that the above and below-captioned cases listed, are dismissed without prejudice, with each party to bear its own costs. These Plaintiffs may refile their cases in the Southern District of Indiana, in the event a legally cognizable injury occurs in the future within the statute of limitations after that injury occurs. If any of these Plaintiffs refiles his/her case in any jurisdiction other than the Southern District of Indiana while the MDL is still active, this dismissal will automatically convert to a dismissal with prejudice. No plaintiff captioned above or below, however, may refile his or her case if the future claim is based on one

of the injuries, complications, or outcomes identified by the plaintiff in his or her individual case in this Court. To the extent that an allegedly cognizable injury occurs in the future, the case may be filed in the Southern District of Indiana under this Order on the basis of that future injury.

|    | Plaintiff | Case Number |
|----|-----------|-------------|
| 1  | Bates, Jay Leon | 1:16-cv-02655-RLY-TAB |
| 2  | Sisco, Christine | 1:17-cv-00677-RLY-TAB |
| 3  | Mitchell, Patricia Ann | 1:17-cv-00720-RLY-TAB |
| 4  | Conover, Amanda | 1:17-cv-00748-RLY-TAB |
| 5  | Davis, Claude N. | 1:17-cv-00952-RLY-TAB |
| 6  | Taylor, Donald | 1:17-cv-01038-RLY-TAB |
| 7  | Hanel, Barbara M. | 1:17-cv-01040-RLY-TAB |
| 8  | Lindler, San R. | 1:17-cv-01044-RLY-TAB |
| 9  | Melcer, Thomas R. | 1:17-cv-01084-RLY-TAB |
| 10 | Cline, Diane | 1:17-cv-01191-RLY-TAB |
| 11 | Long, Leonard | 1:17-cv-01301-RLY-TAB |
| 12 | Harley, Mary A. | 1:17-cv-01362-RLY-TAB |
| 13 | Linhardt, Nancy | 1:17-cv-01368-RLY-TAB |
| 14 | Leon, Michael T. | 1:17-cv-01401-RLY-DKL |
| 15 | Leonard, Lawrence Lee | 1:17-cv-01483-RLY-TAB |
| 16 | Herrera, Suzanne Marie | 1:17-cv-01486-RLY-TAB |
| 17 | Server, Frank G. Jr. | 1:17-cv-01488-RLY-TAB |
| 18 | Graves, Karen Louise | 1:17-cv-01489-TWP-DKL |
| 19 | Jones, Ricky Walton | 1:17-cv-01550-RLY-TAB |
| 20 | Quarrells, Debra | 1:17-cv-01703-RLY-TAB |
| 21 | Blalock, Nancy Irene | 1:17-cv-01766-RLY-TAB |
| 22 | Sheets, Teresa J. | 1:17-cv-01993-RLY-TAB |
| 23 | Ballard, Keith | 1:17-cv-02360-RLY-TAB |
| 24 | Seymer, Jessie H. | 1:17-cv-02423-RLY-TAB |
| 25 | McCalla, Linda | 1:17-cv-02482-RLY-TAB |
| 26 | Tillis, Julie | 1:17-cv-02483-RLY-TAB |
| 27 | Mack, Lizzie Mae | 1:17-cv-02484-RLY-TAB |
| 28 | Mobley, Casie | 1:17-cv-02760-RLY-TAB |
| 29 | Coufal, Leon | 1:17-cv-02761-RLY-TAB |
| 30 | Washington, Ricky Louis | 1:17-cv-03072-RLY-TAB |
| 31 | Ballantyne, Eric B. | 1:17-cv-03079-RLY-TAB |
| 32 | Stebbins, Michael | 1:17-cv-03192-RLY-TAB |
| 33 | Holsey, Royce | 1:17-cv-03195-RLY-TAB |

| | | |
|---|---|---|
| 34 | Bologna, Dan | 1:17-cv-03692-RLY-TAB |
| 35 | Smith, Wanda | 1:17-cv-03889-RLY-TAB |
| 36 | Bandick, Gregory | 1:17-cv-04431-RLY-TAB |
| 37 | Robertson, Kimberly | 1:17-cv-04537-RLY-TAB |
| 38 | Satterwhite, Hosea | 1:17-cv-04594-RLY-TAB |
| 39 | Weaver, Barry W. | 1:17-cv-04595-RLY-TAB |
| 40 | Dennis, Garrett | 1:17-cv-04653-RLY-TAB |
| 41 | Weber, Henry | 1:18-cv-00100-RLY-TAB |
| 42 | Vinciguerra, Susanna E. | 1:18-cv-00247-RLY-TAB |
| 43 | Zagozan, Joseph | 1:18-cv-00265-RLY-TAB |
| 44 | Jones, Sherrod | 1:18-cv-00277-RLY-TAB |
| 45 | King, Thomas | 1:18-cv-00295-RLY-TAB |
| 46 | Hicks, Anita | 1:18-cv-00331-RLY-TAB |
| 47 | Langford, Carol Sue | 1:18-cv-00379-RLY-TAB |
| 48 | Murphy, William E. | 1:18-cv-00397-RLY-TAB |
| 49 | Zanin, Patricia D. | 1:18-cv-00400-RLY-TAB |
| 50 | Wise, Kenneth | 1:18-cv-00438-RLY-TAB |
| 51 | Wolfe, Barry A. | 1:18-cv-00441-RLY-TAB |
| 52 | Etchison, Constance Diane | 1:18-cv-00522-RLY-TAB |
| 53 | Autrey, Elishia | 1:18-cv-00529-RLY-TAB |
| 54 | Malone, Virginia Mae | 1:18-cv-00623-RLY-TAB |
| 55 | Rose, Leo D. | 1:18-cv-01063-RLY-TAB |
| 56 | Opperman, Jacob M. | 1:18-cv-01214-RLY-TAB |
| 57 | Ratcliffe, Jean | 1:18-cv-01215-RLY-TAB |
| 58 | Brooks, Randall | 1:18-cv-02491-RLY-TAB |
| 59 | Reimann-Young, Julie | 1:18-cv-03252-RLY-TAB |
| 60 | Gonzalez, Jose Antonio | 1:18-cv-03895-RLY-TAB |
| 61 | Kari, Nelson Pentti | 1:19-cv-00066-RLY-TAB |
| 62 | Williams, Desiree M. | 1:19-cv-01491-RLY-TAB |
| 63 | Costello, Mike | 1:19-cv-02359-RLY-TAB |
| 64 | Johnson, Boris Eli | 1:19-cv-02361-RLY-TAB |
| 65 | Tenney, Paulette May | 1:19-cv-02492-RLY-TAB |
| 66 | Lowery, Jessica | 1:19-cv-02552-RLY-TAB |
| 67 | Hackl, Teresa | 1:19-cv-03847-RLY-TAB |
| 68 | Scriba-Portolan, Annelie | 1:19-cv-03849-RLY-TAB |
| 69 | Allinson, Gary Henry | 1:20-cv-00560-RLY-TAB |
| 70 | Osterdock, April Lorene | 1:20-cv-01864-RLY-TAB |

The following cases were previously dismissed or are pending dismissal and therefore are moot for Docket 15273:

|   | Name | Case Number | Status |
|---|---|---|---|
| 1 | Jenkins, Tricia L. | 1:16-cv-00966-RLY-TAB | Dismissed 3/10/21 (Dkt. 16083) |
| 2 | Conway, Larry | 1:17-cv-02779-RLY-TAB | Dismissed 3/12/21 (Dkt. 16163) |
| 3 | Ferniza, Albert | 1:17-cv-03193-RLY-TAB | Pending dismissal filed on 1/8/21 (Dkt. 15129 & 15429) |
| 4 | Bogard, Ulysses Cornell | 1:18-cv-00399-RLY-TAB | Pending dismissal filed on 1/8/21 (Dkt. 15123 & 15430) |
| 5 | Byassee, Jerry Lynn | 1:18-cv-03898-RLY-TAB | Dismissed 3/12/21 (Dkt. 16152) |
| 6 | Hughes, Edward | 1:19-cv-02358-RLY-TAB | Pending dismissal filed on 1/8/21 (Dkt. 15214 & 15424) |

**SO ORDERED** this 22nd day of March 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record